FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 19 2019

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THEODORE J. THOMPSON,
Plaintiff,

vs.

PROTECT MY CAR;
LAWRENCE HOUSTON;
VIRGINIA SURETY CO. INC.;
MEPCO BILLING SERVICES;
DOES 1 Through 10;

Defendants.

CASE NO.: 4:19-cv-582-BSM

CIVIL COMPLAINT

DIVERSITY OF CITIZENSHIP

DEMAND FOR TRIAL BY JURY

This case assigned to District Judge **Miller**
and to Magistrate Judge **Volpe**

## A. INTRODUCTION

1. This is a civil action under Arkansas Torts, Ark. Code Ann 4-88-101-115; (Arkansas Deceptive Trade Practices), against these named defendants in conjunction with each other, while doing business within a Multi-Jurisdiction throughout the United States as Protect My Car. An insurance company that sells car repair insurance throughout several states including Arkansas, and is home based in the States of Florida and Illinois. The Plaintiff, Theodore J. Thompson, is

(1)

a Citizen of the State of Arkansas in which did enter into an Express Contract with defendants "Protect my car," and that defendant Lawrence Houston was the agent representing the defendant Class, and that Contract was clearly and factually Breached, as the evidence will prove to a Jury.

### B. Jurisdiction

2. This Court has jurisdiction over defendants pursuant to Ark. Code Ann. 16-4-101. Also, jurisdiction lies within this Court under "Diversity of Citizenship. At all times relevant to this lawsuit, the defendants systematically and continuously did business and availed themselves of the privilege of conducting activities within the State of Arkansas. Such activities are sufficient to subject the defendants to the personal jurisdiction of the Court. Venue is proper pursuant to Ark. Code Ann. 4-88-104, 4-88-112 and the Common Law of the State of Arkansas.

### 2B. Diversity of Citizenship

This United States District Court has subject matter jurisdiction over this matter under the diversity of Citizenship. Plaintiff Theodore J. Thompson is a Citizen domiciled in the State of Arkansas. Defendant's ▬▬▬▬▬▬▬ Virginia Surety Company, Inc., and Mepco Billing Services, are both domiciled in

(2)

the State of Illinois, and defendant Protect my Car is domiciled and based in the State of Florida. Thus, the Plaintiff and all defendants are from different States. Further, the amount in Controversy do, and will Exceed $75,000. Therefore, this matter meets the diversity of Citizenship.

C. <u>Factual Allegations</u>

3. On July 27, 2018, after repeatedly hear radio and T.V. Commercials advertising "Protect my Car" Vehicle Repair Insurance, Plaintiff was Convinced he Could get Complete Car repair Insurance from defendant Protect my car, here in after PMC, and made a Call to the advertised 1-800 number. Subsequently, Plaintiff was Connected to PMC Customer Service Specialist "LAWRENCE HOUSTON".

4. once on the phone with defendant Houston, Plaintiff asked questions Concerning the Policy and procedures. Plaintiff, a disabled American Citizen, was Completely Convinced by the Radio, T.V., and Sales pitch by Houston, that if he Purchase the policy through an Ambassador Elite Contract, he would never have to pay any money "what-so-ever" to have Car repairs done again For his 1989 GMC Jimmy Blazer. Plaintiff did Pay the down-payment by telephone with a debit card. Billing acct. No. 30180749370736. Contract number 265827.

(3)

5. According to the contract, the next and first payment after the down payment would be 08-03-2018, and due on the 3rd day of each month a payment of $97.19. It was'nt until on or about August 20, 2018 when plaintiff received a copy of the contract via email through Yahoo. Soon after the July 27, 2018 purchase of the Coverage Policy, plaintiff moved and changed residence.

6. On the "Registration Page" of the service contract information under the title "Ambassador Elite Contract Information" it read — "<u>All AMBASSADOR PLANS</u> — Coverage begins when your initial down payment is collected. There is a fifteen (15) day waiting period for mechanical breakdown coverage; however, limited benefits are available immediately. OUR obligations under this Contract are insured under an insurance policy issued by Virginia Surety Company, Inc., 175 West Jackson Blvd., Chicago, Illinois 60604. In the event WE cease to operate, are bankrupt or benefits are not provided within sixty (60) days after proof of eligibility for benefits has been filed, You may file a ~~claim~~, direct claim with Virginia Surety Company, Inc."

7. On August 29, 2018, plaintiff's insured vehicle broke down on a parking lot in north Little Rock Arkansas, and plaintiff was ~~forced~~ to call the 1-800 number in the contract for Roadside Assistance. The defendants Roadside assistance ~~took~~ over 24

(4)

hours to locate and tow Plaintiff's vehicle to a Little Rock Auto Mechanic Shop, "Coleman's Automotive Repair". The tow bill was billed to the defendants insurance. On August 28, 2018, Plaintiff called the defendants Claims line to learn that, due to a holiday and weekend that the claims department was closed and would not return for business until 8-30-18 or 8-31-18, in any case it was to be over 72 hours since Plaintiff called the Protect my Car hotline to get instructions on the tow claim, that he would be able to recieve a claim number.

8. After over 72 hours of trying to recieve attention and assistance with my claim, Plaintiff was told he would have to pay another payment before his claim could be taken, even though the contract and policy was not due until 9-3-18, long after the august 27, 2018 breakdown and initial claim. After relentless attempts to recieve the contract benefits plaintiff was due, Plaintiff was informed telephonic that his claim was being rejected due to failure to pay the 9-3-18 monthly payment on the policy. On or about 11-02-2018, Plaintiff Recieved a notice from Mepco stating that effective 11-2-18, Mepco instructed the administrator to Cancel plaintiff's policy.

(5)

D.           CAUSES OF ACTIONS

## "First Cause of Action"

9. <u>The AOTPA</u> sets forth the state's statutory program prohibiting deceptive and unconscionable trade practices. The business practices of defendants constitute the sale of "goods" or "services" whether business, commerce, or trade. It is a violation of the AOTPA to engage in the false, misleading, or deceptive acts or practices in business, commerce, or trade.

## "Second Cause of Action"

10. <u>Breach of Contract</u> is a direct violation of Arkansas State law under "Ark. Code 4-59-101.

## "Third Cause of Action"

11. <u>Civil Fraud</u>: under Arkansas law a defendant is liable for civil fraud and/or deceit when she (1) makes a false representation; (2) knows the representation is false or lacks a sufficient basis; (3) intends for the plaintiff to rely on the false representation; (4) the plaintiff justifiably acts in reliance; and (5) the plaintiff is damaged as a result.

## "Fourth Cause of Action"

12. Under Arkansas negligence law, the defendants owe plaintiff a duty to honor the service repair contract, and to process and honor plaintiff's timely filed policy claim. The defendants

(6)

did breach those duties. The breach of those duties did cause this plaintiff injury. Defendants actions and inactions were the proximate cause of the damage to plaintiff - (the defendant knew or should have known that these actions could have caused injuries). This plaintiff suffered actual civil damages due to defendants violations.

### E. DEMAND FOR RELIEF

13. That these defendants pay to this plaintiff for compensatory damages in the sum of $100,000.00 (one hundred thousand dollars)

14. That these defendants pay to this plaintiff for punitive damages in the sum of $100,000.00 (one hundred thousand dollars)

15. That these defendants pay to this plaintiff pay to this plaintiff any special damages, and plaintiff attorney fees and court cost, and any further deemed just and proper by this Honorable Court. PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY.

Dated: August 19, 2019

THEODORE J. THOMPSON
400 W. 4th St, #B102
North Little Rock, AR. 72114
(501) 422-2142
(501) 247-0456
theodorejackie85@yahoo.com
Plaintiff In Pro Se

(7)

*Exhibit A*

## Arkansas Chiropractic Group
4196 E McCain Blvd
North Little Rock, AR 72117-2523
(501) 850-8400

March 4, 2019

Theodore Thompson
400 W. 4th St. Apt B102
NLR, AR  72114

**Patient #: 5508**
**RE: Theodore Thompson**

| Date | Service Descriptions | Charge | Receipt | Total |
|---|---|---|---|---|
| 02/21/19 | 99203 Examination, Comprehensive | 200.00 | | 200.00 |
| 02/21/19 | A9150 Ortho Gel | 20.00 | | 220.00 |
| 02/21/19 | A9270 Ice Pack | 20.00 | | 240.00 |
| 02/21/19 | 97014 Muscle Stimulation | 45.00 | | 285.00 |
| 02/21/19 | 97010 Hot Pack; One Area | 35.00 | | 320.00 |
| 02/21/19 | 72050 X-ray Cervical 8x10 5 views | 500.00 | | 820.00 |
| 02/21/19 | 72100 X-ray Lumbar 14x17 Ap & Lat | 200.00 | | 1020.00 |
| 02/21/19 | 73030 X-ray Shoulder 8x10 2 views | 200.00 | | 1220.00 |
| 02/22/19 | 98941 CMT; 3-4 Regions | 97.00 | | 1317.00 |
| 02/22/19 | 97014 Muscle Stimulation | 45.00 | | 1362.00 |
| 02/22/19 | 97010 Hot Pack; One Area | 35.00 | | 1397.00 |
| 02/22/19 | 97012 Traction, Mechanical | 40.00 | | 1437.00 |
| 02/22/19 | 98943 CMT; Extraspinal | 31.00 | | 1468.00 |
| 02/22/19 | 9921225 Office visit, Expanded/Update/Fin | 90.00 | | 1558.00 |
| 02/22/19 | E0190 Orthopedic Pillow, Cervical | 50.00 | | 1608.00 |
| 02/22/19 | 99070 Orthopedic Support, Lumbar | 150.00 | | 1758.00 |
| 02/25/19 | 98941 CMT; 3-4 Regions | 97.00 | | 1855.00 |
| 02/25/19 | 97014 Muscle Stimulation | 45.00 | | 1900.00 |
| 02/25/19 | 97010 Hot Pack; One Area | 35.00 | | 1935.00 |
| 02/25/19 | 97012 Traction, Mechanical | 40.00 | | 1975.00 |
| 02/25/19 | 98943 CMT; Extraspinal | 31.00 | | 2006.00 |
| 02/25/19 | E0730NU Tens Unit | 495.00 | | 2501.00 |
| 02/25/19 | A4595 Electrodes | 27.50 | | 2528.50 |
| 02/25/19 | 64550 TENS Fitting | 50.00 | | 2578.50 |
| 02/26/19 | 98941 CMT; 3-4 Regions | 97.00 | | 2675.50 |
| 02/26/19 | 97014 Muscle Stimulation | 45.00 | | 2720.50 |
| 02/26/19 | 97010 Hot Pack; One Area | 35.00 | | 2755.50 |
| 02/26/19 | 97012 Traction, Mechanical | 40.00 | | 2795.50 |
| 02/26/19 | 98943 CMT; Extraspinal | 31.00 | | 2826.50 |
| 02/27/19 | 98941 CMT; 3-4 Regions | 97.00 | | 2923.50 |
| 02/27/19 | 97014 Muscle Stimulation | 45.00 | | 2968.50 |
| 02/27/19 | 97010 Hot Pack; One Area | 35.00 | | 3003.50 |
| 02/27/19 | 97012 Traction, Mechanical | 40.00 | | 3043.50 |
| 02/27/19 | 98943 CMT; Extraspinal | 31.00 | | 3074.50 |
| 02/28/19 | 98941 CMT; 3-4 Regions | 97.00 | | 3171.50 |
| 02/28/19 | 97014 Muscle Stimulation | 45.00 | | 3216.50 |
| 02/28/19 | 97010 Hot Pack; One Area | 35.00 | | 3251.50 |
| 02/28/19 | 97012 Traction, Mechanical | 40.00 | | 3291.50 |
| 02/28/19 | 98943 CMT; Extraspinal | 31.00 | | 3322.50 |
| 02/28/19 | 9921325 Re - evaluation | 175.00 | | 3497.50 |
| 02/28/19 | 97110 Therapeutic Exercises | 79.00 | | 3576.50 |
| | | $3576.50 | $0.00 | $3576.50 |



*Exhibit - B*

**STATE AUTO Insurance Companies**

Represented by: L&P Insurance, LLC 3422 N College Ave Ste 2 Fayetteville, AR 72703-6310 479-250-1550

March 05, 2019

THEODORE THOMPSON
400 WEST 4TH ST APT B102
NORTH LITTLE ROCK AR 72114-5384

**Claim Number:** AU-0000000-448317
**Loss Date:** 02/17/2019
**Insured:** Darby Conley

Dear Sir or Madam:

We have completed our investigation of the incident in which you were involved with our insured, and we have reviewed the facts carefully.

Based on our investigation, we have found no negligence on our insured.

I am sure you understand that our obligation is to pay only those claims for which our insured is legally liable. Our investigation indicates that our insured was not at fault in this case. Therefore, unless you have evidence from a disinterested source that would support a contrary decision, we must respectfully decline to pay your claim for damages.

We wish to advise you that in the event you wish to take additional action to pursue this matter, there is a 3 year statute of limitations applicable. That means that if a lawsuit is not filed against our insured within that time period, which begins on the date the loss occurred (or in the case of a minor child, begins on his or her 18th birthday), your claim will be barred by the statute of limitations.

If you have any questions, please call me.

Sincerely,

MATTHEW COUTS
CARE Auto Professional
PO BOX 182822
Columbus, OH 43218-2822
Phone: 6149174347
Fax: 614-827-2099
Email: Matthew.Couts@StateAuto.com